**NOT FOR PUBLICATION  IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000664
01-MAY-2020
07:54 AM

NO. CAAP-16-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KENNETH M. SKAHAN, Claimant-Appellant,
v.
STUTTS CONSTRUCTION COMPANY, LTD., Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO.: AB 2014-041 (WH); DCD NO.: 9-13-45106(M))

ORDER DENYING THE APRIL 21, 2020 MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of "Appellant's Motion for Reconsideration of the April 21, 2020 Order Dismissing the Appellant's April 14, 2020 Motion for Reconsideration As Untimely" (**Motion**), filed on April 21, 2020, the papers in support and the record herein,

(1) Appellant Kenneth Skahan (**Skahan**) incorrectly asserts that due to technical difficulties his motion seeking reconsideration of our Summary Disposition Order was not filed until April 14, 2020.

(2) Rather, the record reflects that Skahan timely filed a motion for reconsideration on April 13, 2020, and also filed an untimely motion for reconsideration on April 14, 2020.

Therefore, IT IS HEREBY ORDERED that the instant Motion is denied.

DATED:  Honolulu, Hawaiʻi, May 1, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge